IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20196
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

VERLISA R. ALLEN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-94-220
- - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Verlisa R. Allen appeals the district court's application of
U.S.S.G. § 2A2.2 for aggravated assault to establish her base
offense level.  Allen also appeals the district court's
imposition of a three-level increase in her offense level
pursuant to § 2A2.2(b)(3)(D) for causing bodily injury.  Allen
contends that § 2A2.4 for obstructing or impeding an officer
should have been used to establish her offense level.

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

The district court's findings that Allen caused the victim to suffer extreme physical pain and to undergo oral surgery and rehabilitation justify the district court's use of § 2A2.2.  The district court's finding that the victim's injuries were more than simple but not serious warranted the three-level increase under § 2A2.2(b)(3)(D).  The district court's findings were supported by the record and were not clearly erroneous.  See United States v. Hooker, 997 F.2d 67, 75 (5th Cir. 1993).

AFFIRMED.